Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | GPMI, Co. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-0635770 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **190 South McQueen Road**<br>**Suite 102**<br>**Gilbert, AZ 85233**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Maricopa**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.gpmicompany.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3399

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| District | When | Case number |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

**11.  Why is the case filed in**   *Check all that apply:*
**this district?**

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**    ■ No
**have possession of any**
**real property or personal**      ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

         Contact name      _____

         Phone             _____

■  **Statistical and administrative information**

**13.  Debtor's estimation of**     .    *Check one:*
**available funds**

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
**creditors**                   ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                ■ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                ☐ 200-999

**15.  Estimated Assets**       ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ■ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**  ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ■ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 10, 2022**
               MM / DD / YYYY

**X** **/s/ Yarron Bendor**                              **Yarron Bendor**
Signature of authorized representative of debtor         Printed name

                                                         Email Address of debtor

Title    **President/CEO**

**18. Signature of attorney**

**X** **/s/ Steven N. Berger**                    Date    **January 10, 2022**
Signature of attorney for debtor                          MM / DD / YYYY

**Steven N. Berger 009613**
Printed name

**Engelman Berger, P.C.**
Firm name

**2800 North Central Avenue**
**Suite 1200**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone    **602.271.9090**    Email address    **snb@eblawyers.com**

**009613 AZ**
Bar number and State

## WRITTEN CONSENT IN LIEU OF MEETING
## OF BOARD OF DIRECTORS OF
### GPMI, CO., an Arizona corporation

**Yarron Bendor, Ziv Bendor, and Joseph Gantz, the Directors of GPMI, CO., an Arizona corporation** (the "Company"), acting by written consent in lieu of meeting in accordance with Article III, ¶ 9 of the Company's Bylaws, hereby approve, adopt, ratify and confirm the following resolutions:

WHEREAS, in accordance with Article III, ¶ 3 of the Bylaws, the business and affairs of the Company shall be managed by its Board of Directors, which Directors may exercise all such powers of the Company; and therefore,

IT IS HEREBY RESOLVED, that in the business judgment of the Directors, it is desirable and in the best interests of the Company that a voluntary petition for reorganization be filed by the Company under the provisions of Chapter 11 of the United States Bankruptcy Code; and

RESOLVED FURTHER, that Yarron Bendor, as President of the Company, is authorized and directed, on behalf of and in the name of the Company, to execute a petition for reorganization under Chapter 11 of the United States Bankruptcy Code, and such other papers as may be appropriate as part of the reorganization process and to cause the same to be filed in the United States Bankruptcy Court for the District of Arizona; and

RESOLVED FURTHER, that the Directors hereby approve retention of Engelman Berger, P.C. as bankruptcy counsel for the Company and authorize counsel to represent the Company in its Chapter 11 bankruptcy proceeding; and

RESOLVED FURTHER, that Yarron Bendor is hereby authorized to execute and deliver all such instruments to do such acts and things as he may deem requisite and desirable in furtherance of the purposes of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned has executed this Consent to be effective as of

January 6, 2022.

**GPMI CO., an Arizona corporation**

By: _____
Yarron Bendor
Its: Director and President

By: _____
Ziv Bendor
Its: Director

By: _____
Joseph Gantz
Its: Director

IN WITNESS WHEREOF, the undersigned has executed this Consent to be effective as of January 6, 2022.

**GPMI CO., an Arizona corporation**

By: _____
Yarron Bendor
Its: Director and President

By: _____
Ziv Bendor
Its: Director

By: _____
Joseph Gantz
Its: Director

GPMI, Co. -

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA PA 19114

48 FORTY SOLUTIONS
13100 NORTHWEST FWY, #450
HOUSTON TX 77040

4IMPRINT INC.
25303 NETWORK PL.
CHICAGO IL 60673

7 ELEVEN INC.
3200 HACKBERRY ROAD
IRVING TX 75063

AB SPECIALTY SILOCONE
3725 HAWTHORN COURT
WAUKEGAN IL 60087

ACB IMPORT SVC INC. DBA AZ CUSTOMS BROKE
P.O. BOX 20082
PHOENIX AZ 85036

ACCOUNT TEMPS DBA ROBERT HALF
P.O. BOX 743295

ACTION SALES & MARKETING INC.
2863 HEDBERG DR.
HOPKINS MN 55305

ADVITAM IP LLC
150 S. WACKER DR., NO. 2400
CHICAGO IL 60606

ALBAAD USA, INC.
128 TECHNOLOGY DRIVE SOUTH
REIDSVILLE NC 27323-1825

ALLEN YOUNG
90 FERRY ST.
MARSHFIELD MA 02050

GPMI, Co. -


AMERICAN ANALYTICAL LABS INC.
840 S. MAIN ST.
AKRON OH 44311


AMERICAN EXPRESS
P.O. BOX 360002
FORT LAUDERDALE FL 33336-0002


AMERITEMPS AZ LLC
6100 ROCKSIDE WOODS BLVD.
SUITE 250
INDEPENDENCE OH 44131-2341


ARIZONA COMMERCE AUTHORITY
100 N. 7TH AVENUE
SUITE 400
PHOENIX AZ 85007


ARIZONA CORRUGATED CONTAINER
225 S. DOBSON AVENUE
MESA AZ 85202


ARIZONA GLOVE & SAFETY INC.
3010 S. 52ND ST.
TEMPE AZ 85282


ARIZONA MANUFACTURING EXTENSION
100 N. 7TH AVENUE
SUITE 400
PHOENIX AZ 85007


ARIZONA PALLET
646 S. 27TH AVENUE
PHOENIX AZ 85009


ARNOLD MACHINERY COMPANY
3000 S. 44TH STREET
PHOENIX AZ 85040


ASIALINX PAPER LTD. DBA SOFTECH
2591 HUNAN HWY
BLDG 1, RM 602
SHANGHAI  CHINA

GPMI, Co. -

ASSURED AUDIT PEST PREVENTION LLC
15322 W. ALEXANDRIA WAY
SURPRISE AZ 85379

AWOLD SMT CORP DBA SMACH MY TRASH
430 E. WARNER RD
UNIT 1-1
CHANDLER AZ 85225

BARDAHL LUBRICANTES AGRENTINA
PEDRO IGNACIO RIVERA 3454
BUENOS AIRES  ARGENTINA

BELMARK INC.
600 HERITAGE ROAD
DE PERE WI 54115-5310

BESTFIT CORPORATION
C4-279
6929 N. HAYDEN ROAD
SCOTTSDALE AZ 85250

BIG LIFT MATERIAL HANDLING
1315 E. GIBSON LANE
PHOENIX AZ 85034

BILL MURRAY & ASSOCIATES
2036 SHADY CREST DRIVE
BIRMINGHAM AL 35216

BJERK BUILDERS INC.
1383 N. TECH BLVD., NO. 101
GILBERT AZ 85233

BOK FINANCIAL
16767 N. PERIMETER DR., NO. 200
SCOTTSDALE AZ 85260

BRENNTAG GREAT LAKES, LLC
4420 HARLEY DAVIDSON AVE.
MILWAUKEE WI 53225

BRENTAG PACIFIC INC.
6750 W. BOSTON ST.
CHANDLER AZ 85226

GPMI, Co. -


C&I SHOW HARDWARE & SEC. SYSTEMS
1209 N. STADEM DRIVE
SCOTTSDALE AZ 85251


CH ROBINSON WORLDWIDE INC.
P.O. BOX 88656
CHICAGO IL 60680-1656


CHANGXING KINGKE IMPORT & EXPORT LTD
NEW CENTURY INDUSTRIAL PARK
LIJIAXIANG TOWN, CHANGXING CNTY
HUZHOU, ZHEJIANG CHINA


CHARLES (CHUCK) TORNABENE
190 S. MCQUEEN ROAD
SUITE 102
GILBERT AZ 85233


CLEATCHE LLC
2106 N. GLASSELL ST.
SUITE 1-2
ORANGE CA 92865


COMPLETE TESTING SOLUTIONS LLC
2775 N. ARIZONA AVENUE
CHANDLER AZ 85225


CORRUGADOS DE BAJA CALIF SDE RL DE CV
BULEVAR LUIS DONALDO COLOSIO 1850, ENCIN
NOGALES, MEXICO


D. LANDSTROM ASSOCIATES
5555 W. 78TH ST., STE. A
MINNEAPOLIS MN 55439


DANIEL'S MOVING & STORAGE
6131 W. VAN BUREN ST
PHOENIX AZ 85043


DAYMON WORLDWIDE INC.
P.O. BOX 744820
ATLANTA GA 30374-4820

GPMI, Co. -


DAYMON WORLDWIDE INC.
333 LUDLOW ST., 5TH FLOOR
STAMFORD CT 06902


DE WELL CONTAINER SHIPPING INC.
5553 BANDINI BLVD., UNIT A
BELL GARDENS CA 90201


DEWOLF CHEMICAL INC.
300 JEFFERSON BLVD.
STE. 20
WARWICK RI 02888


DOW CHEMICAL COMPANY
7719 COLLECTION CENTER DR.
ATTN LOCKBOX SERVICES 7719
CHICAGO IL 60693-0077


DUNCOR LLC DBA SUMMIT WEST SIGNS
4049 E. PRESIDIO ST., STE 115
MESA AZ 85215


E-PAK MACHINERY INC.
C/O ALTUS RECEIVABLES MANAGEMENT
2400 VETERANS MEMORIAL BLVD., NO. 300
KENNER LA 70062


E-PAK MACHINERY, INC.
1535 S. STATE ROAD 39
LA PORTE IN 46350


EASTERN SHIPPING WORLDWIDE
185 HANSEN COURT
WOOD DALE IL 60191


ECKERT SEAMANS CHERIN & MELLOTT, LLC
ATTN G. LIPKIN OR A. ROGIN
222 DELAWARE AVE., 7TH FLOOR
WILMINGTON DE 19801


ELECTRICA RELIABILITY SVS DBA ETI CONFOM
610 EXECUTIVE CAMPUS DRIVE
COLUMBUS OH 43085

GPMI, Co. -

ELWOOD STAFFING SERVICE INC.
4111 CENTRAL AVENUE
COLUMBUS IN 47203

ENERGY TRANSPORT LOGISTICS
1411 S. 47TH AVENUE
PHOENIX AZ 85043

ENERGY TRANSPORT LOGISTICS
P.O. BOX 887
TOLLESON AZ 85353

ERNEST PACKAGING SOLUTIONS
855 N. 107TH AVE., STE C-100
AVONDALE AZ 85323

EXPRESS SERVICES DBA EXPRESS EMPLOYMENT
9701 BOARDWALK BLVD.
OKLAHOMA CITY OK 73162

FACTORS SOUTHWEST, L.L.C.
4530 E. SHEA BLVD., STE. 142
PHOENIX AZ 85028

FARLEY INC.
438 1ST STREET
LAKE OSWEGO OR 97034

FIBERTEX NONWOVENS INC.
100 ISO PKWY
GRAY COURT SC 29645

FOOD SAFETY NET SERVICES AZ
6215 W. VAN BUREN
PHOENIX AZ 85043

FOOD SAFETY NET SERVICES, LTD.

FORT DEARBORN CO.
P.O. BOX 74008096
CHICAGO IL 60674-8096

GPMI, Co. -

FRIEDMAN RECYCLING CO.
3640 W. LINCOLN ST.
PHOENIX AZ 85009

GG CAPITAL LLC
C/O JACK GANTZ IRREVOCABLE TRUST NO. 2
463 WOODLANDS ROAD
HARRISON NY 10528

GOODFIBERS, LLC
4949 W. BUCKEYE ROAD
PHOENIX AZ 85043

GREAT LAKES PACKAGING CORPO.
W190 N11393 CARNEGIE DRIVE
GERMANTOWN WI 53022

GREEN BLUE INSTITUTE
600 E. WATER ST., STE C
CHARLOTTESVILLE VA 22902

GREENFIELD DYNAMICS
2152 E. CEDAR ST.
TEMPE AZ 85281

GREGORY JEWELL
190 S. MCQUEEN ROAD
SUITE 102
GILBERT AZ 85233

HANGZHOU BONYEE DAILY NECESSITY TECH CO
NO. 16 HONGDA RD., YUHANG ECONOMIC DEVEL
PROVINCE 311102  HANGZHOU CITY
ZHJIANG   CHINA

HANSEN STORAGE CO.
2880 N. 112TH ST
MILWAUKEE WI 53222

HARDER CORP.
7029 RAYWOOD ROAD, STE. 8-202
MADISON WI 53713

GPMI, Co. -

HYG FINANCIAL SERVICES INC.
5000 RIVERSIDE DRIVE
SUITE 300 EAST
IRVING TX 75039-4314


HYG FINANCIAL SERVICES INC.
5000 RIVERSIDE DRIVE
SUITE 300 EAST
IRVING TX 75039


HYG FINANCIAL SERVICES, INC.
P.O. BOX 35701
BILLINGS MT 59107


INDEPENDENT CHEMICAL CORPORATION
71-19 80 STREET
RIDGEWOOD NY 11385-7592


INDUSTRIAL BLENDING AND PACKAGING CO.
24881 S. RITTENOUSE ROAD
QUEEN CREEK AZ 85142


INDUSTRIAL CONTROL CONCEPTS INC.
301 N. MEMORIAL DRIVE
SAINT LOUIS MO 63102


INGERSOLL RAND INDUSTRIAL US INC.
800 BEATY STREET
SUITE 201
DAVIDSON NC 28036


INNOVATIVE CHEMICAL TECHNOLOGIES
680 DOUTHIT FERRY RD.
CARTERSVILLE GA 30120


INTAROME FRAGRANCE & FLAVOR CORP
370 CHESTNUT ST.
NORWOOD NJ 07648


INTER AG SERVICE INC.
2515 E. UNIVERSITY DR.
PHOENIX AZ 85034

GPMI, Co. -

INTERNAL REVENUE SERVICE CENTER
DEPARTMENT OF TREASURY
OGDEN UT 84201-0012


INTERNATIONAL FINANCIAL SERVICES CORP.
1113 S. MILWAUKEE AVENUE
SUITE 301
LIBERTYVILLE IL 60048


INTERSTATE PACKAGING GROUP INC.
8828 S. HARDY DR., STE. 105
TEMPE AZ 85284


IOU CENTRAL INC.
600 TOWNPARK LANE
SUITE 100
KENNESAW GA 30144


ISUZU FINANCE OF AMERICA
1265 SAND HILL ROAD
CANDLER NC 28715


JACK GANTZ IRREVOCABLE TRUST NO. 2
463 WOODLANDS ROAD
HARRISON NY 10528


JACOB HOLM INDUSTRIES INC.
1265 SAND HILL ROAD
STE. 400
CANDLER NC 28715


JEROME B. SMITH
300 CORPORATE POINTE
CULVER CITY CA 90230


JOSEPH GANTZ
463 WOODLANDS ROAD
HARRISON NY 10528


JOSEPH GANTZ
190 S. MCQUEEN ROAD
SUITE 102
GILBERT AZ 85233

GPMI, Co. -


KIMBERLY-CLARK CORP.
P.O. BOX 601004
PASADENA CA 91189-1004


KLEEN TEST PRODUCTS CORP.
1611 SUNSET ROAD, NO. 209
PORT WASHINGTON WI 53074


KREDIT AUTOMATION & CONTROLS INC.
8711 E. PINNACLE PEAK RD.
SCOTTSDALE AZ 85255


LESLIE BENDOR
190 S. MCQUEEN ROAD
SUITE 102
GILBERT AZ 85233


MARC ALAN & ASSOC.
1224 N. HOBSON STREET
GILBERT AZ 85233


MCMASTER-CARR SUPPLY CO.
600 N. COUNTY LINE ROAD
ELMHURST IL 60126


METTLER-TOLEDO INTERNATIONAL
1900 POLARIS PKWY
COLUMBUS OH 43240


MORGAN LEWIS & BOCKIUS LLP
1701 MARKET ST.
PHILADELPHIA PA 19103-2921


NATIONAL CABLING TECHNOLOGIES LLC
1345 N. HOBSON STREET
GILBERT AZ 85233


NELSON JAMESON INC.
2400 E. 5TH STREET
MARSHFIELD WI 54449


NFS LEASING, INC.
900 CUMMINGS CENTER
SUITE 226-U
BEVERLY MA 01915

GPMI, Co. -


NORMAN FOX INC.
14970 DON JULIAN ROAD
LA PUENTE CA 91746


OSCAR PALLETS INC.
1749 S. 22ND AVE.
PHOENIX AZ 85009


P.O. USA LLC
89 PARTNERSHIP WAY
CINCINNATI OH 45241


PACIFIC COAST PROPANE
3720 W. LOWER BUCKEYE
PHOENIX AZ 85009


PITNEY BOWES
INSERT ADDRESS


PIXEL EFFECTS LLC
22424 S. ELLSWORTH LOOP ROAD
#778
QUEEN CREEK AZ 85142


PRISMA GRAPHIC CORP.
2937 E. BROADWAY RD.
PHOENIX AZ 85040


PRO REPS SALES
1107 HEATHERSTONE DRIVE
FREDERICKSBURG VA 22407


PROBOX PORTABLE STORAGE
4150 E. MAGNOLIA STREET
PHOENIX AZ 85034


PROBOX PORTABLE STORAGE
3848 S. 36TH STREET
PHOENIX AZ 85040


PURTEC INDUSTRIAL WATER-J. HARRIS
3151 STURGIS ROAD
OXNARD CA 93030

GPMI, Co. -

QUICKSILVER EXPRESS COURIER OF AZ
4625 W. MCDOWELL RD., #160
PHOENIX AZ 85035


REBEL CONVERTING
700 N. PROGRESS DRIVE
SAUKVILLE WI 53080


REDTAIL SOLUTIONS
P.O. BOX 851398
MINNEAPOLIS MN 55485-1398


SANJAY WAHAL
190 S. MCQUEEN ROAD
SUITE 102
GILBERT AZ 85233


SCANDIA PLASTICS , LLC
220 LAUREL ROAD, NO. 201
ATTN CFO
VOORHEES NJ 08043


SCANDIA PLASTICS DBA COMAR
3217 PAINE AVE.
SHEBOYGAN WI 53081


SCHNEIDER NATIONAL INC.
P.O. BOX 2545
GREEN BAY WI 54306-2545


SCHOENECK CONTAINERS INC.
2160 S. 170TH ST.
NEW BERLIN WI 53151


SEKO WORLDWIDE-LOGISTICS
1100 ARLINGTON HEIGHTS RD.
ITASCA IL 60143


SNELL & WILMER, LLP
ONE ARIZONA CENTER
PHOENIX AZ 85004-2202


SOUTHWESTERN SCALE CO INC.
P.O. BOX 8760
PHOENIX AZ 85066

GPMI, Co. -


SOZIO INC.
51 ETHEL ROAD WEST
PISCATAWAY NJ 08854


SPARTI DESIGN
656 STEWART AVENUE
NORTH AURORA IL 60542


SPS COMMERCE INC.
333 S. SEVENTH ST., NO. 1000
MINNEAPOLIS MN 55402


SPUNTECH INDUSTRIES, INC.
555 N. PARK DRIVE
ROXBORO NC 27573


STEPAN COMPANY
22 W. FRONTAGE ROAD
WINNETKA IL 60093


TITUS BRUECKNER & LEVINE PLC
8355 HARTFORD DRIVE
SUITE 200
SCOTTSDALE AZ 85255


TOTAL QUALITY LOGISTICS LLC
4289 IVY POINTE BLVD.
CINCINNATI OH 45245


TRIDENT SECURITY SERVICES, INC.
2085 S. COTTONWOOD DR.
TEMPE AZ 85282


ULF GILBERT SPECTRUM 1 LLC
C/O GID INDUSTRIAL ADVISORS
14241 DALLAS PKWY., STE. 650
DALLAS TX 75254


ULINE
ATTN ACCTS RECEIVABLE
P.O. BOX 88741
CHICAGO IL 60680-1741

GPMI, Co. -


UNIFIRST CORP.
104 N. 14TH STREET
PHOENIX AZ 85034


UNIVAR SOLUTIONS USA INC.
5200 BLAZER PKWY.
DUBLIN OH 43017


WARREN INDUSTRIES INC. DBA DIAMONDBACK
3722 W. BUCKEYE ROAD
PHOENIX AZ 85009


WEB-PRO CORP.
NO. 4 UIM-KON 3RD ROAD YUN-AN  STE E-261
KAOHSING  TAIWAN  82841


WEISS & MOY, P.C.
4455 E. CAMELBACK ROAD
PHOENIX AZ 85018


WEST BENT PACKAGING DBA COMAR
P.O. BOX 937
WEST BEND WI 53095


WILL SUPPLEMENT RE CUSTOMERS


WIST SUPPLY & EQUIPMENT
P. O. BOX 98413
LAS VEGAS NV 89193-8413


YARRON AND LESLIE BENDOR
190 S. MCQUEEN ROAD
SUITE 102
GILBERT AZ 85233