**GPMI Company**
**Balance Sheet**
**as of 1/31/2022**

**DRAFT - Preliminary**

**Assets**

Current Assets
    Cash & Cash Equivalents      336,504
    Accounts Receivable - Net      1,368,986
    Prepaid Expenses      107,320
    Other Current Assets      143,737
    Inventories      1,602,456
      Sub-Total      3,559,004

Long-Term Assets
    Fixed Assets - Net      6,767,567
    Other Assets      1,073,824
      Sub-Total      7,841,391

**Total Assets**      **11,400,395**

**Liabilities and Equity**

Current Liabilities
    Accounts Payable      8,972,328
    Accrued Expenses      1,846,959
    Accrued Payroll & Withholdings      161,336
    Advance Deposits      4,305,343
    Line of Credit      87,343
    Notes Payable - Current      708,759
      Sub-Total      16,082,070

Long-Term Liabilities
    Other Long-Term Liabilities      5,747,190

**Total Liabilities**      21,829,260

**Equity**
    Equity      (9,981,951)
    Retained Earnings - Current Yr.      (446,914)
**Total Equity**      **(10,428,865)**

**Total Liabilities and Equity**      **11,400,395**      -

**GPMI Company**
**Statement of Revenue and Expenses**
**For the Period Ending 1/31/2022**

**DRAFT - Preliminary**

|  | Total January | Pre Petition | Post Petition |
|---|---:|---:|---:|
| **Revenue** | | | |
| Total Revenue | 941,711 | 362,929 | 578,782 |
|  |  | 39% | 61% |
| **Expenses** | | | |
| Total Cost of Goods Sold | 853,369 | 266,433 | 586,935 |
| **Gross Profit/(Loss)** | **88,343** | **96,496** | **(8,153)** |
| Operating Expenses | | | |
| Salaries | 80,278 | 24,083 | 56,194 |
| Taxes and Benefits | 49,603 | 14,881 | 34,722 |
| Supplies and Other | 2,705 | 812 | 1,894 |
| Outside Services | 174,763 | 76,130 | 98,633 |
| Travel and Training | - | - | - |
| Liability Insurance | - | - | - |
| Sales and Marketing | - | - | - |
| Facilities and Related | 97,455 | 29,237 | 68,219 |
| Depreciation and Amortization | 90,781 | 27,234 | 63,546 |
| **Total Operating Expenses** | **495,584** | **172,376** | **323,208** |
| **Operating Income/(Loss)** | **(407,242)** | **(75,880)** | **(331,361)** |
| Other Income/Expense | | | |
| Other (Income) / Expense | (9,609) | (2,883) | (6,726) |
| Interest Expense | 49,282 | 14,785 | 34,497 |
| **Non Operating Income/Expenses** | **39,673** | **11,902** | **27,771** |
| **Net Income/(Loss)** | **(446,914)** | **(87,782)** | **(359,132)** |