SO ORDERED.

Dated: May 8, 2022

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GPMI, CO.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:22-bk-00150-EPB |
| EASTERN SHIPPING WORLDWIDE, INC.,<br><br>Movant,<br><br>v.<br><br>GPMI, CO.,<br><br>Respondent. | **ORDER APPROVING STIPULATION BY AND BETWEEN DEBTOR GPMI CO. AND EASTERN SHIPPING WORLDWIDE, INC. FOR MODIFICATION OF THE AUTOMATIC STAY AND RELATED RELIEF** |

This matter comes before the Court pursuant to the *Joint Motion To Approve Stipulation By And Between Debtor GPMI Co. And Eastern Shipping Worldwide, Inc. For Modification Of The Automatic Stay And Related Relief* [Docket No. 163] (the "**Joint Motion**") filed by Eastern Shipping Worldwide, Inc. ("**ESW**") and GPMI Co. (the "**Debtor**", together with ESW, the "**Movants**"). Through the Joint Motion, the Movants asked the Court to approve the *Stipulation By And Between Debtor GPMI Co. And Eastern*

1  *Shipping Worldwide, Inc. For Modification Of The Automatic Stay And Related Relief* (the
2  "**Stipulation**"). A copy of the Stipulation is attached to the Joint Motion as Exhibit A.
3       Based on the Joint Motion, the Stipulation, and the entire record before the Court,
4  the Court hereby

**FINDS, CONCLUSIONS, ORDERS, ADJUDGES, AND DECREES** as follows:

A. The Stipulation is hereby approved in its entirety;

B. All of the terms of the Stipulation are incorporated in this Order by this reference as if they were fully set forth herein, and the Debtor and ESW are directed to perform all of their respective duties and obligations as set forth in the Stipulation as if such terms were set forth in this Order, and to execute any documents necessary in conjunction therewith;

C. Upon entry of this Order all applicable stays and injunctions, including the automatic stay of Bankruptcy Code § 362, will be immediately vacated, terminated, and annulled, enabling ESW to immediately proceed with its non-bankruptcy remedies against the 7 Shipments, as defined in the Stipulation, and to take all valid legal actions necessary or desirable to affirm its lien in and to foreclose upon the 7 Shipments (as defined in the Stipulation).

D. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(3), this Order is immediately effective upon entry by the Court.

**DATED AND SIGNED AS INDICATED ABOVE**