Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

Jason D. Curry, Esq. (#026511)
jason.curry@quarles.com
Amelia B. Valenzuela, Esq. (#030568)
amelia.valenzuela@quarles.com
Randy J. Pflum, Esq. (admitted *pro hac vice*)
randy.pflum@quarles.com

*Attorneys for Eastern Shipping Worldwide, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>GPMI, CO.<br><br>Debtor. | Chapter 11<br><br>Case No. 2:22-bk-00150-EPB<br><br>**EASTERN SHIPPING WORLDWIDE, INC.'S: (I) STATEMENT OF POSITION; AND (II) RESERVATION OF RIGHTS REGARDING FIRST INTERIM APPLICATION FOR COMPENSATION AS COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE** |

   This Statement of Position and Reservation of Rights ("**Statement**") is submitted by EASTERN SHIPPING WORLDWIDE, INC. ("**ESW**"), a creditor and party-in-interest in the above-captioned Chapter 11 case (the "**Bankruptcy Case**") of GPMI CO. (the "**Debtor**"). ESW files this Statement in regard to the Unsecured Creditors' Committee's (the "**UCC**") *First Interim Application for Compensation as Counsel for the Official Unsecured Creditors' Committee* [Dkt. No. 213] (the "**First Interim Application**").

   On May 27, 2022, the UCC's counsel, Stinson LLP (the "**UCC's Counsel**") filed the Application seeking interim approval of $93,616.00 for work performed from

February 8, 2022 through April 30, 2022.

Subject to the statements below, ESW does not object to the First Interim Application at this time, but it is very concerned about the administrative solvency of the Bankruptcy Case and whether the Debtor has sufficient funds to pay its professional and non-professional administrative claims. In support of this Statement, ESW states as follows:

1. On January 10, 2022 (the "**Petition Date**"), the Debtor filed its petition for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the Bankruptcy Case.

2. On February 4, 2022, the U.S. Trustee appointed the UCC. [Dkt. No. 78.]

3. Under 11 U.S.C. § 1103, Alisa C. Lacey, Esq. filed an *Application to Employ Stinson LLP as Counsel for the Official Unsecured Creditors' Committee* ("**UCC Employment Application**"). [Dkt. No. 95.] An order Approving the UCC Employment Application was entered on March 7, 2022. [Dkt. No. 116.]

4. Over the next two and a half months, UCC Counsel incurred attorneys' fees of $93,660.00. The lion's share of these fees relate to the Debtor's "Financing and Cash Collections." [Dkt. No. 213 at 7.]

5. The UCC's professional fees must be reasonable and benefit the estate. *See* 11 U.S.C. §§ 330(a)(1)(A), 503; *see also Unsecured Creditors' Committee v. Puget Sound Plywood, Inc.* 924 F.2d 955, 959 (9th Cir. 1991) (citing *In re Wildman,* 72 B.R. 700, 707 (Bankr. N.D. Ill. 1987)) (discussing factors for professionals to consider before rendering services to the estate). Any fee agreement is subject to the Court's independent review under 11 U.S.C. § 330.

6. ESW holds a large administrative claim against the Debtors' estate. which will be submitted for approval at the appropriate time. *See* 11 U.S.C. § 503(b)(1).

As a large administrative claimant, ESW is concerned about the payment of non-professional administrative claims in the event that a plan is not confirmed. Thus, ESW provides interested parties and this Court with notice of the following:

  a. That it holds an administrative claim against the estate, and ESW reserves the right to request approval of its administrative claim at the appropriate time;

  b. That the UCC Counsel has an obligation to consider the potential recovery for the Debtor's estate and balance the effort to obtain that recovery against the results that might be achieved. *See Puget Sound*, 924 F.2d at 961. To the extent that there are insufficient funds to pay all administrative claimants in full, ESW expressly reserves the right to object to the reasonableness of the fees (including whether those fees provided a benefit to the estate) submitted for approval in the First Interim Application, and any other appropriate grounds for objection under Sections 330, 503, or 105(a); and;

  c. To the extent that there are insufficient funds to pay all administrative claimants in full, ESW reserves the right to seek disgorgement of the UCC Counsel's fees and expenses paid during this Bankruptcy Case.

RESPECTFULLY SUBMITTED this 20th day of June, 2022.

> QUARLES & BRADY LLP
> One Renaissance Square
> Two North Central Avenue, Suite 600
> Phoenix, AZ  85004-2391
>
> By  */s/ Randy J. Pflum*
>      Jason D. Curry
>      Amelia B. Valenzuela
>      Randy J. Pflum
>
> *Attorneys for Eastern Shipping Worldwide, Inc.*

COPIES of the foregoing sent via
email this 20th day of June, 2022, to:

| | |
|---|---|
| Steven N. Berger<br>ENGELMAN BERGER, P.C.<br>2800 N. Central Avenue, Suite 1200<br>Phoenix, AZ 85004<br>Email: snb@eblawyers.com<br>Attorneys for Debtor | Michael W. Carmel<br>MICHAEL W. CARMEL, LTD.<br>80 E. Columbus Avenue<br>Phoenix, AZ 85012-2334<br>Email: Michael@mcarmellaw.com<br>Attorneys for The Jack Gantz Irrevocable Trust No. 2 |
| Alan A. Meda<br>BURCH & CRACCHIOLO, PA<br>1850 N. Central Avenue, Suite 1700<br>Phoenix, AZ 85004<br>Email: ameda@bcattorneys.com<br>Attorneys for Factors Southwest, LLC | Andrew A. Harnisch<br>Grant L. Cartwright<br>Eric W. Moats<br>MAY, POTENZA, BARAN & GILLESPIE, P.C.<br>1850 N. Central Avenue, Suite 1600<br>Phoenix, AZ 85004-4633<br>Email: aharnisch@maypotenza.com<br>Email: gcartwright@maypotenza.com<br>Email: emoats@paymotenza.com<br>Attorneys for Factors Southwest, LLC |
| Michelle E. Shriro<br>SINGER & LEVICK, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>Email: mshriro@singerlevick.com<br>Attorneys for ULF Gilbert Spectrum One LLC | Jonathan A. Dessaules<br>Jesse Vassallo López<br>DESSAULES LAW GROUP<br>5343 N. 16th Street, Suite 200<br>Phoenix, AZ 85016<br>Email: jdessaules@dessauleslaw.com<br>Email: jvassallo@dessauleslaw.com<br>Attorneys for Ameritemps AZ, LLC |
| Don C. Fletcher<br>FLETCHER BARNES LAW, PLC<br>10429 S. 51st Street, Suite 275<br>Phoenix, AZ 85044<br>Email: dfletcher@FletcherBarnesLaw.com<br>Attorneys for Bjerk Builders, Inc | Matthew A. Silverman<br>OFFICE OF THE ATTORNEY GENERAL<br>2005 N. Central Avenue<br>Phoenix, AZ 85004-1592<br>Email: Matthew.Silverman@azag.gov<br>Attorneys for Arizona Department of Revenue |

| | |
|---|---|
| James L. Ugalde<br>CLARK HILL PLC<br>3200 N. Central Avenue, Suite 1600<br>Phoenix, AZ 85012<br>Email: jugalde@clarkhill.com<br>Attorneys for Rebel Converting LLC | Thomas J. Salerno<br>Alisa C. Lacey<br>Anthony P. Cali<br>Clarissa C. Brady<br>STINSON LLP<br>1850 N. Central Avenue, Suite 2100<br>Phoenix, AZ 85004-4584<br>Email: Thomas.Salerno@stinson.com<br>Email: Alisa.Lacey@stinson.com<br>Email: Anthony.Cali@stinson.com<br>Email: Clarissa.Brady@stinson.com<br>Counsel for Official Unsecured Creditors' Committee |
| Aaron L. Hammer<br>Nathan E. Delman<br>HORWOOD MARCUS & BERK CHARTERED<br>500 West Madison St., Suite 3700<br>Chicago, IL 60661<br>Email: ahammer@hmblaw.com<br>Email: ecfnotices@hmblaw.com<br>Attorneys for LEAF Capital Funding, LLC | Eric Ollason<br>LAW OFFICE OF ERIC OLLASON<br>182 N. Court Avenue<br>Tucson, AZ 85701<br>Email: eollason@182court.com<br>Attorneys for Arizona Corrugated Container and Tucson Container Corporation |
| Todd A. Burgess<br>Janel M. Glynn<br>THE BURGESS LAW GROUP<br>3131 E. Camelback Road, Suite 224<br>Phoenix, AZ 85016<br>Email: todd@theburgesslawgroup.com<br>Email: janel@theburgesslawgroup.com<br>Attorneys for Serene Investment Management, LLC | Vadim J. Rubinstein<br>LOEB & LOEB LLP<br>345 Park Avenue<br>New York, NY 10154<br>Email: Vrubinstein@Loeb.com<br>Attorneys for Serene Investment Management, LLC |
| Larry L. Watson<br>OFFICE OF THE U.S. TRUSTEE<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003-1706<br>Email: larry.watson@usdoj.gov | |

*/s/ Sybil Taylor Aytch*