Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

Jason D. Curry, Esq. (#026511)
jason.curry@quarles.com
Amelia B. Valenzuela, Esq. (#030568)
amelia.valenzuela@quarles.com
Randy J. Pflum, Esq. (admitted *pro hac vice*)
randy.pflum@quarles.com

*Attorneys for Eastern Shipping Worldwide, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>GPMI, CO.<br><br>Debtor. | Chapter 11<br><br>Case No. 2:22-bk-00150-EPB<br><br>**EASTERN SHIPPING WORLDWIDE, INC.'S: (I) STATEMENT OF POSITION; AND (II) RESERVATION OF RIGHTS REGARDING ENGELMAN BERGER, P.C.'S SECOND INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS BANKRUPTCY COUNSEL FOR THE DEBTOR** |

This Statement of Position and Reservation of Rights ("**Statement**") is submitted by EASTERN SHIPPING WORLDWIDE, INC. ("**ESW**"), a creditor and party-in-interest in the above-captioned Chapter 11 case (the "**Bankruptcy Case**") of GPMI CO. (the "**Debtor**"). ESW files this Statement in regard to the *Engelman Berger, P.C.'s Second Interim Application for Allowance and Payment of Fees and Reimbursement of Expenses for Services Rendered as Bankruptcy Counsel for the Debtor* [Dkt. No. 245] (the "**Second**

**Interim Application**").

On July 13, 2022, Debtor's counsel, Engelman Berger, P.C. ("**Debtor's Counsel**") filed the Second Interim Application seeking interim approval of $143,418.00 for work performed from March 1, 2022 through June 30, 2022 (the "**Application Period**").

Subject to the statements below, ESW does not object to the Second Interim Application at this time, but it is very concerned about the administrative solvency of the Bankruptcy Case and whether the Debtor has sufficient funds to pay its professional and non-professional administrative claims. In support of this Statement, ESW states as follows:

1. On January 10, 2022 (the "**Petition Date**"), the Debtor filed its petition for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the Bankruptcy Case.

2. Since the Petition Date, Debtor has been administering the estate as debtor-in-possession under 11 U.S.C. §§ 1107 and 1108. No trustee or examiner has been appointed in this case.

3. Debtor's Counsel seeks interim payment of $143,418.00 in professional fees and $467.26 in costs for a total of $143,885.26 that the Debtor incurred during the Application Period.

4. In the Court's March 29, 2022, *Final Order Authorizing Alternative Secured Post-Petition Financing and Granting Relief*, a "Carve-Out Account" was established for payment of professional fees. *See* [Doc. No. 149 at ¶ 15.]

5. To wit, the current balance of the Carve-Out Account is $175,000, and no other creditors have received a payment from the Carve-Out Account. [Doc. No. 245 at ¶ 15.]

6. In the Second Interim Application, Debtor's Counsel requests an

order from the Court directing payment of a "portion" of the above fees from the "Carve-out Account."

7. ESW holds a large administrative claim against the Debtors' estate. which will be submitted for approval at the appropriate time. *See* 11 U.S.C. § 503(b)(1). As a large administrative claimant, ESW is concerned about the payment of non-professional administrative claims in the event that a plan is not confirmed. Thus, ESW provides interested parties and this Court with notice of the following:

a. That it holds an administrative claim against the estate, and ESW reserves the right to request approval of its administrative claim at the appropriate time;

b. To the extent that there are insufficient funds to pay all administrative claimants in full, ESW expressly reserves the right to object to the reasonableness of the above fees submitted for approval in the Second Interim Application and any other fees or costs submitted for approval in any other interim or final fee applications filed by Debtor's Counsel during this Bankruptcy Case, and any other appropriate grounds for objection under Sections 330, 503, or 105(a); and

c. To the extent that there are insufficient funds to pay all administrative claimants in full, ESW reserves the right to seek disgorgement of the Debtor's Counsel's fees and expenses paid during this Bankruptcy Case.

RESPECTFULLY SUBMITTED this 28th day of July, 2022.

                                         QUARLES & BRADY LLP
                                         One Renaissance Square
                                         Two North Central Avenue, Suite 600
                                         Phoenix, AZ 85004-2391

                                         By   */s/ Randy J. Pflum*
                                                     Jason D. Curry
                                                     Amelia B. Valenzuela
                                                     Randy J. Pflum

                                         *Attorneys for Eastern Shipping Worldwide, Inc.*

COPIES of the foregoing sent via
email this 28th day of July, 2022, to:

| | |
|---|---|
| Steven N. Berger<br>ENGELMAN BERGER, P.C.<br>2800 N. Central Avenue, Suite 1200<br>Phoenix, AZ 85004<br>Email: snb@eblawyers.com<br>Attorneys for Debtor | Michael W. Carmel<br>MICHAEL W. CARMEL, LTD.<br>80 E. Columbus Avenue<br>Phoenix, AZ 85012-2334<br>Email: Michael@mcarmellaw.com<br>Attorneys for The Jack Gantz Irrevocable Trust No. 2 |
| Alan A. Meda<br>BURCH & CRACCHIOLO, PA<br>1850 N. Central Avenue, Suite 1700<br>Phoenix, AZ 85004<br>Email: ameda@bcattorneys.com<br>Attorneys for Factors Southwest, LLC | Andrew A. Harnisch<br>Grant L. Cartwright<br>Eric W. Moats<br>MAY, POTENZA, BARAN & GILLESPIE, P.C.<br>1850 N. Central Avenue, Suite 1600<br>Phoenix, AZ 85004-4633<br>Email: aharnisch@maypotenza.com<br>Email: gcartwright@maypotenza.com<br>Email: emoats@paymotenza.com<br>Attorneys for Factors Southwest, LLC |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Michelle E. Shriro<br>SINGER & LEVICK, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>Email: mshriro@singerlevick.com<br>Attorneys for ULF Gilbert Spectrum One LLC | Jonathan A. Dessaules<br>Jesse Vassallo López<br>DESSAULES LAW GROUP<br>5343 N. 16th Street, Suite 200<br>Phoenix, AZ 85016<br>Email: jdessaules@dessauleslaw.com<br>Email: jvassallo@dessauleslaw.com<br>Attorneys for Ameritemps AZ, LLC |
| 6<br>7<br>8 | Don C. Fletcher<br>FLETCHER BARNES LAW, PLC<br>10429 S. 51st Street, Suite 275<br>Phoenix, AZ 85044<br>Email: dfletcher@FletcherBarnesLaw.com<br>Attorneys for Bjerk Builders, Inc | Matthew A. Silverman<br>OFFICE OF THE ATTORNEY GENERAL<br>2005 N. Central Avenue<br>Phoenix, AZ 85004-1592<br>Email: Matthew.Silverman@azag.gov<br>Attorneys for Arizona Department of Revenue |
| 9<br>10<br>11<br>12<br>13<br>14<br>15 | James L. Ugalde<br>CLARK HILL PLC<br>3200 N. Central Avenue, Suite 1600<br>Phoenix, AZ 85012<br>Email: jugalde@clarkhill.com<br>Attorneys for Rebel Converting LLC | Thomas J. Salerno<br>Alisa C. Lacey<br>Anthony P. Cali<br>Clarissa C. Brady<br>STINSON LLP<br>1850 N. Central Avenue, Suite 2100<br>Phoenix, AZ 85004-4584<br>Email: Thomas.Salerno@stinson.com<br>Email: Alisa.Lacey@stinson.com<br>Email: Anthony.Cali@stinson.com<br>Email: Clarissa.Brady@stinson.com<br>Counsel for Official Unsecured Creditors' Committee |
| 16<br>17<br>18<br>19<br>20 | Aaron L. Hammer<br>Nathan E. Delman<br>HORWOOD MARCUS & BERK CHARTERED<br>500 West Madison St., Suite 3700<br>Chicago, IL 60661<br>Email: ahammer@hmblaw.com<br>Email: ecfnotices@hmblaw.com<br>Attorneys for LEAF Capital Funding, LLC | Eric Ollason<br>LAW OFFICE OF ERIC OLLASON<br>182 N. Court Avenue<br>Tucson, AZ 85701<br>Email: eollason@182court.com<br>Attorneys for Arizona Corrugated Container and Tucson Container Corporation |
| 21<br>22<br>23<br>24<br>25 | Todd A. Burgess<br>Janel M. Glynn<br>THE BURGESS LAW GROUP<br>3131 E. Camelback Road, Suite 224<br>Phoenix, AZ 85016<br>Email: todd@theburgesslawgroup.com<br>Email: janel@theburgesslawgroup.com<br>Attorneys for Serene Investment Management, LLC | Vadim J. Rubinstein<br>LOEB & LOEB LLP<br>345 Park Avenue<br>New York, NY 10154<br>Email: Vrubinstein@Loeb.com<br>Attorneys for Serene Investment Management, LLC |
| 26 | | |

| | |
|---|---|
| Larry L. Watson<br>OFFICE OF THE U.S. TRUSTEE<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003-1706<br>Email: larry.watson@usdoj.gov | |

_____

QB\74995421.1