STEVEN N. BERGER, SBA #009613
PATRICK A. CLISHAM, SBA #023154
MICHAEL P. ROLLAND, SBA #030744
**ENGELMAN BERGER, P.C.**
2800 NORTH CENTRAL AVENUE, SUITE 1200
PHOENIX, ARIZONA 85004
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: snb@eblawyers.com
Email: pac@eblawyers.com
Email: mpr@eblawyers.com
_____

Counsel for Reorganized Debtor GPMI, Co.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GPMI, CO., an Arizona corporation,<br><br>EIN 86-0635770<br><br>Debtor. | Chapter 11<br><br>Case No. 2:22-bk-00150-EPB |

### NOTICE OF EFFECTIVE DATE OF
### DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION

GPMI, Co., an Arizona corporation, the above-captioned reorganized debtor ("Reorganized Debtor"), by and through undersigned counsel, hereby provides notice, pursuant to its confirmed ***Debtor's Second Amended Plan of Reorganization*** dated October 31, 2022 [DE 340] ("Plan") and the ***Order: Approving the Disclosure Statement for Debtor's Second Amended Plan of Reorganization on a Final Basis; and Confirming Debtor's Second Amended Plan of Reorganization*** entered by the Court on November 28, 2022 [DE 417] ("Confirmation Order"), that the Reorganized Debtor has designated November 30, 2022, as the Effective Date (as defined in the Plan) for implementation of the Plan. Accordingly, the Plan is effective as of November 30, 2022, in all respects.

Any parties wishing to receive notice of post-Effective Date bankruptcy matters and reporting must request such pursuant to the terms of the Plan. Further inquiries and requests for

copies of the Plan or the Confirmation Order should be directed to counsel for the Reorganized Debtor at:

Cindy K. Solomon, CP
ENGELMAN BERGER, P.C.
2800 N. Central Avenue, #1200
Phoenix, AZ 85004
Phone: 602-222.4978
Email: cks@eblawyers.com

DATED this 30th day of November, 2022.

**ENGELMAN BERGER, P.C.**

By: */s/ Steven N. Berger, SBA* 009613
    Steven N. Berger
    Patrick A. Clisham
    Michael P. Rolland
    2800 North Central Avenue, Suite 1200
    Phoenix, Arizona 85004
    *Attorneys for GPMI, Co.*

**COPY** of the foregoing transmitted via the Court's ECF system, and as indicated this 30th day of November, 2022, to the following parties:

| | | |
|---|---|---|
| **THOMAS H. ALLEN**<br>ALLEN BARNES & JONES, PLC<br>1850 N. CENTRAL AVE., #1150<br>PHOENIX, AZ 85004<br>602-256-6000<br>602-252-4712 (fax)<br>tallen@allenbarneslaw.com<br>*Assigned: 05/23/2022* | representing | **YARRON BENDOR**<br>c/o Allen Barnes & Jones<br>Thomas H. Allen<br>1850 N. Central Ave<br>Suite 1150<br>Phoenix, AZ 85004<br>*(Creditor)* |
| **NICHOLAS SCOTT BAUMAN**<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>201 E WASHINGTON ST #1200<br>PHOENIX, AZ 85004-2595<br>602-262-5746<br>602-262-5747 (fax)<br>nbauman@lewisroca.com<br>*Assigned: 04/19/2022* | representing | **Albaad USA, Inc.**<br>Lewis Roca Rothgerber Christie LLP<br>201 E. Washington St.<br>Ste. 1200<br>Phoenix, AZ 85004<br>*(Creditor)* |
| **CLARISSA C. BRADY**<br>STINSON LLP<br>1850 N. CENTRAL AVE., #2100 | representing | **Official Unsecured Creditors' Committee**<br>Alisa C. Lacey<br>Stinson LLP |

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

| | | |
|---|---|---|
| PHOENIX, AZ 85004<br>602-279-1600<br>602-240-6925 (fax)<br>clarissa.brady@stinson.com<br> *Assigned: 06/02/2022* | | 18<br>Phoenix, AZ 85004<br>alisa.lacey@stinson.com<br>*(Attorney)* |
| **Todd A. Burgess**<br>The Burgess Law Group<br>3131 E. Camelback Rd<br>Ste 224<br>Phoenix, AZ 85016<br>602-806-2100<br>todd@theburgesslawgroup.com<br> *Assigned: 05/25/2022* | representing | **Serene Investment Management, LLC**<br>*(Creditor)* |
| **MICHAEL W. CARMEL**<br>MICHAEL W. CARMEL, LTD.<br>80 E. COLUMBUS AVE<br>PHOENIX, AZ 85012-4965<br>602-264-4965<br>602-277-0144 (fax)<br>michael@mcarmellaw.com<br> *Assigned: 01/11/2022* | representing | **The Jack Gantz Irrevocable Trust No. 2 Dated February 16, 1988**<br>c/o Michael W. Carmel, Esq.<br>80 East Columbus Avenue<br>Phoenix, AZ 85012<br>michael@mcarmellaw.com<br>*(Creditor)* |
| **ROBERT M CHARLES, JR**<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>1 SOUTH CHURCH AVE STE 2000<br>TUCSON, AZ 85701-1611<br>520-629-4427<br>520-879-4705 (fax)<br>rcharles@lewisroca.com<br> *Assigned: 11/07/2022* | representing | **Albaad USA, Inc.**<br>Lewis Roca Rothgerber Christie LLP<br>201 E. Washington St.<br>Ste. 1200<br>Phoenix, AZ 85004<br>*(Creditor)* |
| **JASON D. CURRY**<br>QUARLES & BRADY LLP<br>ONE RENAISSANCE SQUARE<br>2 N. CENTRAL AVENUE<br>PHOENIX, AZ 85004<br>602-229-5626<br>602-229-5690 (fax)<br>jason.curry@quarles.com<br> *Assigned: 01/31/2022* | representing | **NFS LEASING, INC.**<br>QUARLES & BRADY LLP<br>RENAISSANCE ONE<br>TWO NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85004-2391<br>602-229-5200<br>*(Creditor)* |
| *Assigned: 01/31/2022*<br> *TERMINATED: 11/01/2022* | representing | **EASTERN SHIPPING WORLDWIDE, INC.**<br>Clark Hill PLC |

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

| | | |
|---|---|---|
| | | 3200 N. Central Ave., Suite 1600<br>PHOENIX, AZ 85012<br>*(Creditor)* |
| **JONATHAN A. DESSAULES**<br>DESSAULES LAW GROUP<br>5353 NORTH 16TH STREET,<br>SUITE 110<br>PHOENIX, AZ 85016<br>602-274-5400<br>602-256-5401 (fax)<br>jdessaules@dessauleslaw.com<br>*Assigned: 01/20/2022* | representing | **Ameritemps AZ, LLC**<br>c/o Dessaules Law Group<br>5343 N. 16th St., Ste. 200<br>Phoenix, AZ 85016<br>United States<br>602-274-5400<br>602-274-5401 (fax)<br>jdessaules@dessauleslaw.com<br>*(Creditor)* |
| **Nathan Delman**<br>Horwood Marcus & Berk Chartered<br>500 W. Madison Street<br>Ste 3700<br>Chicago, IL 60661<br>312-606-3200<br>ndelman@hmblaw.com<br>*Assigned: 02/09/2022* | representing | **LEAF Capital Funding, LLC**<br>*(Creditor)* |
| **DON C. FLETCHER**<br>Fletcher Barnes Law, PLC<br>10429 S. 51st St.<br>Ste. 275<br>Phoenix, AZ 85044<br>602-523-3007<br>480-619-4917 (fax)<br>dfletcher@FletcherBarnesLaw.com<br>*Assigned: 01/21/2022* | representing | **Bjerk Builders, Inc.**<br>c/o Fletcher Barnes Law, PLC<br>10429 S 51st St<br>Ste 275<br>Phoenix, AZ 85044<br>602-523-3007<br>480-619-4917 (fax)<br>dfletcher@FletcherBarnesLaw.com<br>*(Creditor)* |
| **JANEL M. GLYNN**<br>THE BURGESS LAW GROUP<br>3131 EAST CAMELBACK ROAD,<br>SUITE 224<br>PHOENIX, AZ 85016<br>(602) 650-806-2100<br>janel@theburgesslawgroup.com<br>*Assigned: 03/23/2022* | representing | **Serene Investment Management, LLC**<br>*(Creditor)* |
| **Seth Goldman**<br>Munger, Tolles & Olson LLP<br>350 South Grand Avenue<br>Ste 50th Floor<br>Los Angeles, CA 90071<br>213-683-9554 | representing | **Envoy Solutions LLC**<br>*(Interested Party)* |

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

| | | |
|---|---|---|
| 213-683-4054 (fax)<br>seth.goldman@mto.com<br>*Assigned: 10/28/2022* | | |
| **ANDREW A. HARNISCH**<br>May Potenza Baran & Gillespie, P.C.<br>1850 N. Central Avenue<br>Suite 1600<br>Phoenix, AZ 85004<br>602-252-1900<br>aharnisch@maypotenza.com<br>*Assigned: 01/11/2022* | representing | **Factors Southwest, L.L.C., an Arizona limited liability company dba FSW Funding**<br>*(Creditor)* |
| **GABRIEL M. HARTSELL**<br>Dorsey & Whitney LLP<br>2398 E. Camelback Road<br>Suite 760<br>Phoenix, AZ 85016<br>602-735-2706<br>hartsell.gabriel@dorsey.com<br>*Assigned: 01/12/2022*<br>*TERMINATED: 01/31/2022* | representing | **NFS LEASING, INC.**<br>QUARLES & BRADY LLP<br>RENAISSANCE ONE<br>TWO NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85004-2391<br>602-229-5200<br>*(Creditor)* |
| *Assigned: 01/14/2022*<br>*TERMINATED: 01/31/2022* | representing | **EASTERN SHIPPING WORLDWIDE, INC.**<br>Clark Hill PLC<br>3200 N. Central Ave., Suite 1600<br>PHOENIX, AZ 85012<br>*(Creditor)* |
| **MATTHEW C. HEERDE**<br>PEARL COHEN ZEDEK LATZER BARATZ LLP<br>7 TIMES SQUARE 19TH FLOOR<br>NEW YORK, NY 10036<br>646-878-0856<br>mheerde@pearlcohen.com<br>*Assigned: 04/20/2022*<br>*LEAD ATTORNEY* | representing | **Albaad USA, Inc.**<br>Lewis Roca Rothgerber Christie LLP<br>201 E. Washington St.<br>Ste. 1200<br>Phoenix, AZ 85004<br>*(Creditor)* |
| **Aaron Hammer**<br>Horwood Marcus & Berk Chartered<br>500 W. Madison Street<br>Chicago, IL 60661<br>312-606-3200<br>ahammer@hmblaw.com<br>*Assigned: 02/09/2022* | representing | **LEAF Capital Funding, LLC**<br>*(Creditor)* |

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

| | | |
|---|---|---|
| **JORDAN A KROOP**<br>Pachulski Stang Ziehl & Jones<br>4530 E. Shea Blvd., Suite 140<br>Phoenix, AZ 85028<br>(212) 561-7734<br>jkroop@pszjlaw.com<br>*Assigned: 10/31/2022*<br>*LEAD ATTORNEY* | representing | **Envoy Solutions LLC**<br>*(Interested Party)* |
| **ALISA C. LACEY**<br>STINSON LLP<br>1850 N CENTRAL AVE #2100<br>PHOENIX, AZ 85004<br>602-212-8628<br>602-240-6925 (fax)<br>alisa.lacey@stinson.com<br>*Assigned: 02/09/2022*<br><br>*Assigned: 04/07/2022* | representing | **Official Unsecured Creditors' Committee**<br>Alisa C. Lacey<br>Stinson LLP<br>18<br>Phoenix, AZ 85004<br>alisa.lacey@stinson.com<br>*(Attorney)* |
| | representing | **Stinson J.S. Held LLC**<br>Alisa C. Lacey<br>Stinson LLP<br>1850 N. Central Ave., #2100<br>Phoenix, AZ 85004<br>alisa.lacey@stinson.com<br>*(Financial Advisor)* |
| **ALAN A. MEDA**<br>Burch & Cracchiolo PA<br>1850 N. Central Ave., Suite 1700<br>PHOENIX, AZ 85004<br>602-234-8797<br>602-850-9797 (fax)<br>ameda@bcattorneys.com<br>*Assigned: 01/11/2022* | representing | **Factors Southwest, L.L.C., an Arizona limited liability company dba FSW Funding**<br>*(Creditor)* |
| **ERIC OLLASON**<br>182 N COURT AVE.<br>TUCSON, AZ 85701<br>520-791-2707<br>520-792-0573 (fax)<br>eollason@182court.com<br>*Assigned: 02/10/2022* | representing | **ARIZONA CORRUGATED CONTAINER**<br>LAW OFFICE OF ERIC OLLASON<br>182 N COURT AVAE<br>TUCSON, AZ 85701<br>*(Creditor)* |
| | | **TUCSON CONTAINER CORPORATION**<br>LAW OFFICE OF ERIC OLLASON<br>182 N COURT AVE |

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

| | | |
|---|---|---|
| | | TUCSON, AZ 85701<br>*(Creditor)* |
| **RANDY J PFLUM**<br>QUARLES & BRADY LLP<br>33 E MAIN STREET, SUITE 900<br>Suite 900<br>MADISON, WI 53703-3095<br>608-251-5000<br>608-251-9166 (fax)<br>randy.pflum@quarles.com<br>*Assigned: 02/07/2022*<br>*LEAD ATTORNEY*<br><br>*Assigned: 02/07/2022*<br>*TERMINATED: 11/01/2022*<br>*LEAD ATTORNEY* | representing | **NFS LEASING, INC.**<br>QUARLES & BRADY LLP<br>RENAISSANCE ONE<br>TWO NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85004-2391<br>602-229-5200<br>*(Creditor)* |
| | representing | **EASTERN SHIPPING WORLDWIDE, INC.**<br>Clark Hill PLC<br>3200 N. Central Ave., Suite 1600<br>PHOENIX, AZ 85012<br>*(Creditor)* |
| **VADIM J RUBINSTEIN**<br>LOEB & LOEB LLP<br>345 PARK AVENUE<br>NEW YORK, NY 10154<br>212-407-4092<br>212-656-1307 (fax)<br>Vrubinstein@Loeb.com<br>*Assigned: 03/28/2022*<br>*LEAD ATTORNEY* | representing | **Serene Investment Management, LLC**<br>*(Creditor)* |
| **MICHELLE E. SHRIRO**<br>SINGER & LEVICK, PC<br>16200 ADDISON ROAD, SUITE 140<br>ADDISON, TX 75001<br>972-380-5533<br>972-380-5748 (fax)<br>mshriro@singerlevick.com<br>*Assigned: 01/14/2022* | representing | **ULF Gilbert Spectrum One LLC**<br>*(Creditor)* |
| **MATTHEW ALLEN SILVERMAN**<br>OFFICE OF THE ATTORNEY GENERAL<br>2005 N CENTRAL AVE<br>PHOENIX, AZ 85004-1592<br>602-542-7774 | representing | **Arizona Department of Revenue**<br>Office of the Arizona Attorney General<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004<br>United States<br>6024220994 |

| | | |
|---|---|---|
| 602-542-4273 (fax)<br>matthew.silverman@azag.gov<br>  *Assigned: 01/25/2022* | | nthehighlands@yahoo.com<br>*(Creditor)* |
| **JAMES L UGALDE**<br>Clark Hill PLC<br>3200 North Central Avenue<br>Suite 1600<br>Phoenix, AZ 85012<br>602-440-4817<br>JUGALDE@CLARKHILL.COM<br>  *Assigned: 01/26/2022*<br>  *TERMINATED: 11/01/2022*<br><br>  *Assigned: 10/24/2022* | representing | **REBEL CONVERTING LLC**<br>Attn: Michael Kryshak<br>11225 West Heather Avenue<br>Milwaukee, WI 53224<br>(262)235-4224<br>mike@rebelconverting.com<br>*(Creditor)*<br>PRO SE |
| | representing | **EASTERN SHIPPING WORLDWIDE, INC.**<br>Clark Hill PLC<br>3200 N. Central Ave., Suite 1600<br>PHOENIX, AZ 85012<br>*(Creditor)* |
| **LARRY L. WATSON**<br>OFFICE OF THE U.S. TRUSTEE<br>230 North First Avenue, Suite 204<br>PHOENIX, AZ 85003-1706<br>602-682-2607<br>602-514-7270 (fax)<br>larry.watson@usdoj.gov<br>  *Assigned: 01/11/2022* | representing | **U.S. TRUSTEE**<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003<br>USTPRegion14.PX.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |

By: */s/ Lydia K. Miller*
    Lydia K. Miller
    Legal Assistant