Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for the Jack Gantz Irrevocable Trust No. 2 Dated February 16, 1988

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>GPMI CO., an Arizona corporation,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:22-bk-00150-EPB<br><br>**JOINDER IN JOINT PRELIMINARY RESPONSE TO ALBAAD'S EMERGENCY MOTION FOR STAY PENDING APPEAL**<br><br>**Date of Hearing: December 13, 2022<br>Time of Hearing: 10:00 a.m.<br>(Telephonic)** |

The Jack Gantz Irrevocable Trust No. 2 (**"Gantz"**), by and through its counsel undersigned, has reviewed the "Emergency Motion for Stay Pending Appeal" (**"Motion"**) filed by Albaad USA, Inc. (**"Albaad"**). Gantz has also reviewed the "Joint Preliminary Response to Albaad's Emergency Motion for Stay Pending Appeal" (**"Response"**) filed by (1) the former Committee of Unsecured Creditors; (2) the GPMI Litigation Trust; and (3) GPMI, Co. For disclosure purposes, Gantz is one of the three (3) designated parties selected to serve on the GPMI Litigation Trust Oversight Board.

Having reviewed both Albaad's Motion, as well as the Response, Gantz fully joins in the Response as if fully set forth herein.

Gantz does not believe there is any basis to grant Albaad a stay pending its appeal, and Gantz therefore requests the Court deny the Motion.

DATED this 5th day of December, 2022.

          MICHAEL W. CARMEL, LTD.

        /s/Carmel, M.W.  (007356)
         Michael W. Carmel
         80 East Columbus Avenue
         Phoenix, Arizona  85012-2334
         Attorney for the Jack Gantz Irrevocable
          Trust No. 2 Dated February 16, 1988

COPY of the foregoing emailed this
5th day of December, 2022 to:

Larry Watson, Esq.
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue
Phoenix, Arizona  85003
Email:  larry.watson@usdoj.gov

Steven N. Berger, Esq.
Patrick A. Clisham, Esq.
ENGELMAN BERGER, P.C.
2800 North Central Avenue
Suite 1200
Phoenix, Arizona 85004
Email:  snb@eblawyers.com
Email:  pac@eblawyers.com
*Attorneys for Former Debtor and*
*Prospective Counsel for GPMI Litigation Trust*

Alan A. Meda, Esq.
BURCH & CRACCHIOLO, P.A.
1850 North Central Avenue
Suite 1700
Phoenix, Arizona  85004
Email: ameda@bcattorneys.com
*Attorneys for Factors Southwest, L.L.C.*

Andrew A. Harnisch, Esq.
Grant L. Cartwright, Esq.
Eric W. Moats, Esq.
MAY POTENZA BARAN & GILLESPIE, P.C.
1850 North Central Avenue
Suite 1600
Phoenix, Arizona  85004
Email:  aharnisch@maypotenza.com
Email:  gcartwright@maypotenza.com
Email:  emoats@maypotenza.com
*Attorneys for Factors Southwest, LLC*
 *d/b/a FSW Funding*

2

| | |
|---|---|
| 1 | Jason D. Curry, Esq. |
| | Quarles & Brady, LLP |
| 2 | Renaissance One |
| | Two North Central Avenue |
| 3 | Phoenix, Arizona 85004-2391 |
| | Email: Jason.curry@quarles.com |
| 4 | *Attorneys for NFS Leasing, Inc.* |
| 5 | Jonathan A. Dessaules, Esq. |
| | Jesse Vassallo Lopez, Esq. |
| 6 | Dessaules Law Group |
| | 5343 N 16th St., Ste. 200 |
| 7 | Phoenix, AZ 85016 |
| | Email: jdessaules@dessauleslaw.com |
| 8 | Email: jvassallo@dessauleslaw.com |
| | *Attorneys for Ameritemps* |
| 9 | |
| 10 | Thomas J. Salerno, Eq. |
| | Alisa C. Lacey, Esq. |
| 11 | STINSON, LLP |
| | 1850 N Central Ave., Ste. 2100 |
| 12 | Phoenix, AZ 85004-4584 |
| | Email: Thomas.salerno@stinson.com |
| 13 | Email: Alisa.lacey@stinson.com |
| | *Attorneys for Official Unsecured Creditors' Committee* |
| 14 | Thomas H. Allen, Esq. |
| | Hilary L. Barnes, Esq. |
| 15 | David B. Nelson, Esq. |
| | Allen Barnes & Jones, PLC |
| 16 | 1850 N Central Ave., Ste. 1150 |
| | Phoenix, AZ 85004 |
| 17 | Email: tallen@allenbarneslaw.com |
| | Email: hbarnes@allenbarneslaw.com |
| 18 | Email: dnelson@allenbarneslaw.com |
| | *Attorneys for Yarron Bendor* |
| 19 | |
| 20 | Seth Goldman, Esq. |
| | Munger, Tolles & Olson LLP |
| 21 | 350 S Grand Ave., 50th Floor |
| | Los Angeles, CA 90071-1560 |
| 22 | Email: Seth.Goldman@mto.com |
| 23 | Robert M. Charles, Jr., Esq. |
| | Lewis Roca Rothgerber Christie, LLP |
| 24 | 1 S Church Ave., Ste. 2000 |
| | Tucson, AZ 85701 |
| 25 | Email: rcharles@lewisroca.com |
| | *Attorneys for Albaad USA, Inc.* |
| 26 | |
| 27 | By */s/ Sharon D. Kirby* |
| 28 | |

3

Case 2:22-bk-00150-EPB    Doc 433   Filed 12/05/22   Entered 12/05/22 11:56:57   Desc
Main Document    Page 3 of 3