STEVEN N. BERGER, SBA #009613
PATRICK A. CLISHAM, SBA #023154
MICHAEL P. ROLLAND, SBA #030744
**ENGELMAN BERGER, P.C.**
2800 NORTH CENTRAL AVENUE, Ste. 1200
PHOENIX, ARIZONA 85004
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: snb@eblawyers.com
Email: pac@eblawyers.com
Email: mpr@eblawyers.com
_____

Counsel for the GPMI Litigation Trust

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| GPMI, CO., an Arizona corporation, | Case No. 2:22-bk-00150-EPB |
| EIN 86-0635770 | **GPMI LITIGATION TRUST'S OBJECTION TO <u>SCHEDULED</u> CLAIM RE GOODFIBERS, LLC (NO PROOF OF CLAIM FILED)** |
| Reorganized Debtor. | |

Pursuant to 11 U.S.C. § 502(b)(1), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and Local Rule 3007-1, the GPMI Litigation Trust ("the Trust") objects to the claim of Goodfibers, LLC ("Claimant") as scheduled by Debtor as an unsecured non-priority claim on its Schedule F in the inadvertently erroneous amount of $66,389.00 (the "Scheduled Claim"), and respectfully requests that the Court disallow the Scheduled Claim in its entirety, because the Reorganized Debtor's books and records reflect that no prepetition amounts are due and owing to Claimant. The Scheduled Claim is unenforceable against the Reorganized Debtor under any agreement or applicable law and should be disallowed.

## A. Jurisdiction and General Background.

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B). Venue is proper in this District pursuant to 28 U.S.C. § 1409(a).

2. On January 10, 2022 ("Petition Date"), the Reorganized Debtor filed a voluntary petition for relief under Chapter 11, Title 11, United States Code.

3. The Reorganized Debtor's Plan of Reorganization was confirmed on November 28, 2022 (the "Plan"), and all liabilities and responsibilities for addressing the claims that survived confirmation of the Plan transferred to the Trust under the terms of the Plan.

4. The Plan and the Confirmation Order set forth that objections to any claims must be filed by February 28, 2023.

## B. The Scheduled Claim and the Trust's Objection Thereto.

5. When preparing its Schedules of Assets and Liabilities, the Debtor, faced with reduced staffing and an imminent deadline to disclose its numerous liabilities as of the Petition Date, provided figures to the best of its knowledge and ability. During the reorganization process, Debtor was afforded the opportunity to reconcile its books and records, and the Reorganized Debtor has determined the accurate amounts of certain scheduled claims.

6. Based on the books and records of the Reorganized Debtor, the Trust asserts that no prepetition amounts are due and owing to the Claimant.

## C. Notice in Compliance with Local Rule 3007-1.

7. Contemporaneously with this Objection, the Trust has served Claimant with a *Notice of Bar Date to Respond to Objection*, allowing Claimant twenty-one (21) days, plus three (3) mailing days, to file a response to this Objection. Said Notice complies with Rule 3007-1, Local Bankruptcy Rules for the District of Arizona.

WHEREFORE, in light of the foregoing, the Trust respectfully requests the Court enter an order disallowing the Scheduled Claim or reducing the amount of the Scheduled Claim to

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

1  such amount as the Court may determine to be due and owing after conducting an appropriate
2  proceeding.

3   RESPECTFULLY SUBMITTED this 27th day of February, 2023.

**ENGELMAN BERGER, P.C.**

By: */s/ Patrick A. Clisham, SBA #023154*
    Steven N. Berger
    Patrick A. Clisham
    Michael P. Rolland
    2800 North Central Avenue, Suite 1200
    Phoenix, Arizona 85004
    Counsel for GPMI Litigation Trust

COPY of the foregoing served via method indicated on this 27th day of February, 2023, upon:

Goodfibers, LLC
4949 W. Buckeye Road
Phoenix, AZ 85043
*Claimant*
**Via first-class U.S. Mail**

Goodfibers, LLC
c/o National Registered Agents Inc. (Statutory Agent)
3800 N. Central Avenue, Ste. 460
Phoenix, AZ 85012
*Claimant*
**Via first-class U.S. Mail**

Goodfibers, LLC
Attn: Maurico Menache
9385 Charlerville Blvd.
Beverly Hills, CA 90212
*Claimant*
**Via first-class U.S. Mail**

OFFICE OF THE U.S. TRUSTEE
Attn: Larry L. Watson
**Via Email: Larry.Watson@usdoj.gov**

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

STINSON, LLP
*Counsel for Official Unsecured Creditors' Committee*
**Via Email: alisa.lacey@stinson.com**

Post-Confirmation Notice Recipients as of February 27, 2023:

Jason D. Curry
Amelia B. Valenzuela
Randy J. Pflum
QUARLES & BRADY, LLP
*Counsel for NFS Leasing, Inc.*
**Via Email: Jason.curry@quarles.com**
**Via Email: Amelia.valenzuela@quarles.com**
**Via Email: Randy.pflum@quarles.com**

James L. Ugalde
CLARK HILL PLC
*Attorneys for Eastern Shipping Worldwide, Inc.*
**Via Email: jugalde@clarkhill.com**

Prisma
c/o Lisa Mercer
**Via Email: lmercer@poweredbyprisma.com**

Robert A. Shull
Bradley A. Burns
Emily A. Gould
DICKINSON WRIGHT PLLC
**Via Email: rshull@dickinsonwright.com**
**Via Email: bburns@dickinsonwright.com**
**Via Email: egould@dickinsonwright.com**

Christopher L. Perkins
ECKERT SEAMANS CHERIN & MELLOTT, LLC
**Via Email: cperkins@eckertseamans.com**

Angela Breitbach, CFO
RADIUS PACKAGING
**Via Email: abreitback@radiuspkg.com**

Peter Chen
On behalf of Webpro Corp.
**Via Email: chenhr@eximbank.com.tw**

　　　*/s Lydia K. Miller*
Lydia K. Miller, Legal Assistant