1  STEVEN N. BERGER, SBA #009613
2  PATRICK A. CLISHAM, SBA #023154
   MICHAEL P. ROLLAND, SBA #030744
3  **ENGELMAN BERGER, P.C.**
   2800 NORTH CENTRAL AVENUE, Ste. 1200
4  PHOENIX, ARIZONA 85004
   _____
5  Ph: (602) 271-9090
   Fax: (602) 222-4999
   Email: snb@eblawyers.com
   Email: pac@eblawyers.com
6  Email: mpr@eblawyers.com
   _____
7  Counsel for the GPMI Litigation Trust

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| GPMI, CO., an Arizona corporation, | Case No. 2:22-bk-00150-EPB |
| EIN 86-0635770 | **NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NO. 26 FILED BY FIASCO ENTERPRISES D/B/A ENERGY TRANSPORT LOGISTICS** |
| Reorganized Debtor. | |

The GPMI Litigation Trust, by and through its counsel undersigned, hereby withdraws the objection it filed at Dkt. 556, to Claim No. 26 on the Court's Claims Register, the Proof of Claim filed by Fiasco Enterprises d/b/a Energy Transport Logistics.

DATED this 31st day of March, 2023.

**ENGELMAN BERGER, P.C.**

By: */s/ Michael P. Rolland, SBA #030744*
Steven N. Berger
Patrick A. Clisham
Michael P. Rolland
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Counsel for GPMI Litigation Trust

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

COPY of the foregoing served via method indicated on this 31st day of March, 2023, upon:

Kathleen C. Jeffries
Scopelitis, Garvin, Light, Hanson & Feary, LLP
*Counsel for Claimant*
**Via Email:  kjeffries@scopelitis.com**

Fiasco Enterprises
d/b/a Energy Transport Logistics
12200 East Quesada Place
Tucson, AZ 85749
*Claimant*
**Via first-class U.S. Mail**

Fiasco Enterprises
d/b/a Energy Transport Logistics
P.O. Box 887
Tolleson, AZ 85353
*Claimant*
**Via first-class U.S. Mail**

Fiasco Enterprises
d/b/a Energy Transport Logistics
c/o BR Statutory Service LLC, Statutory Agent
c/o Bosse Rollman PC
3507 N. Campbell Ave., Ste. 111
Tucson, AZ 85719
*Claimant*
**Via first-class U.S. Mail**

OFFICE OF THE U.S. TRUSTEE
Attn:  Larry L. Watson
**Via Email:  Larry.Watson@usdoj.gov**

STINSON, LLP
*Counsel for Official Unsecured Creditors' Committee*
**Via Email:  alisa.lacey@stinson.com**

Post-Confirmation Notice Recipients as of March 31, 2023:

Jason D. Curry
Amelia B. Valenzuela
Randy J. Pflum
QUARLES & BRADY, LLP
*Counsel for NFS Leasing, Inc.*
**Via Email: Jason.curry@quarles.com**
**Via Email: Amelia.valenzuela@quarles.com**
**Via Email: Randy.pflum@quarles.com**

James L. Ugalde
CLARK HILL PLC
*Attorneys for Eastern Shipping Worldwide, Inc.*
**Via Email: jugalde@clarkhill.com**

Prisma
c/o Lisa Mercer
**Via Email: lmercer@poweredbyprisma.com**

Robert A. Shull
Bradley A. Burns
Emily A. Gould
DICKINSON WRIGHT PLLC
**Via Email: rshull@dickinsonwright.com**
**Via Email: bburns@dickinsonwright.com**
**Via Email: egould@dickinsonwright.com**

Christopher L. Perkins
ECKERT SEAMANS CHERIN & MELLOTT, LLC
**Via Email: cperkins@eckertseamans.com**

Angela Breitbach, CFO
RADIUS PACKAGING
**Via Email: abreitback@radiuspkg.com**

Peter Chen
On behalf of Webpro Corp.
**Via Email: chenhr@eximbank.com.tw**

　　　*/s Lydia K. Miller*
Lydia K. Miller, Legal Assistant