STEVEN N. BERGER, SBA #009613
PATRICK A. CLISHAM, SBA #023154
MICHAEL P. ROLLAND, SBA #030744
**ENGELMAN BERGER, P.C.**
2800 NORTH CENTRAL AVENUE, Ste. 1200
PHOENIX, ARIZONA 85004
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: snb@eblawyers.com
Email: pac@eblawyers.com
Email: mpr@eblawyers.com
_____
Counsel for the GPMI Litigation Trust

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| GPMI, CO., an Arizona corporation, | Case No. 2:22-bk-00150-EPB |
| EIN 86-0635770 | **NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NO. 29 FILED BY WEB-PRO CORPORATION** |
| Reorganized Debtor. | |

The GPMI Litigation Trust, by and through its counsel undersigned, hereby withdraws the objection it filed at Dkt. 558, to Claim No. 29 on the Court's Claims Register, the Proof of Claim filed by Web-Pro Corporation.

DATED this 31st day of March, 2023.

**ENGELMAN BERGER, P.C.**

By: */s/ Michael P. Rolland, SBA #030744*
  Steven N. Berger
  Patrick A. Clisham
  Michael P. Rolland
  2800 North Central Avenue, Suite 1200
  Phoenix, Arizona 85004
  Counsel for GPMI Litigation Trust

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

COPY of the foregoing served via method indicated on this 31st day of March, 2023, upon:

Peter Chen
On behalf of Webpro Corp.
**Via Email: chenhr@eximbank.com.tw**

Web-Pro Corporation
Nl 4, Yun Kon 3rd Road
Yun-An
Kaohsiung TW 82841
*Claimant*
**Via first-class U.S. Mail**

OFFICE OF THE U.S. TRUSTEE
Attn: Larry L. Watson
**Via Email: Larry.Watson@usdoj.gov**

STINSON, LLP
*Counsel for Official Unsecured Creditors' Committee*
**Via Email: alisa.lacey@stinson.com**

Post-Confirmation Notice Recipients as of March 31, 2023:

Jason D. Curry
Amelia B. Valenzuela
Randy J. Pflum
QUARLES & BRADY, LLP
*Counsel for NFS Leasing, Inc.*
**Via Email: Jason.curry@quarles.com**
**Via Email: Amelia.valenzuela@quarles.com**
**Via Email: Randy.pflum@quarles.com**

James L. Ugalde
CLARK HILL PLC
*Attorneys for Eastern Shipping Worldwide, Inc.*
**Via Email: jugalde@clarkhill.com**

Prisma
c/o Lisa Mercer
**Via Email: lmercer@poweredbyprisma.com**

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

1  Robert A. Shull
2  Bradley A. Burns
   Emily A. Gould
3  DICKINSON WRIGHT PLLC
   **Via Email: rshull@dickinsonwright.com**
4  **Via Email: bburns@dickinsonwright.com**
5  **Via Email: egould@dickinsonwright.com**

6  Christopher L. Perkins
7  ECKERT SEAMANS CHERIN & MELLOTT, LLC
   **Via Email: cperkins@eckertseamans.com**
8
   Angela Breitbach, CFO
9  RADIUS PACKAGING
10 **Via Email: abreitback@radiuspkg.com**

11
         */s Lydia K. Miller*
12 Lydia K. Miller, Legal Assistant