**SO ORDERED.**

**Dated: April 4, 2023**

**Eddward P. Ballinger Jr., Chief Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| GPMI, CO., an Arizona corporation, | Case No. 2:22-bk-00150-EPB |
| EIN 86-0635770 | **ORDER SUSTAINING GPMI LITIGATION TRUST'S OBJECTION TO SCHEDULED CLAIM RE FORT DEARBORN CO. (NO PROOF OF CLAIM FILED)** |
| Reorganized Debtor. | |

THIS MATTER having come before the Court on *"GPMI Litigation Trust's Objection to Scheduled Claim re Fort Dearborn Co. (No Proof of Claim Filed)"* ("Objection") (Dkt. 568); counsel for the GPMI Litigation Trust ("Trust") having certified to the Court that proper notice of the Objection was given and that following the 21-day objection period, neither the claimant nor other parties in interest filed or served responses to the Objection; and for good cause appearing,

IT IS HEREBY ORDERED:

1. The Objection is sustained.

2. The scheduled claim is hereby allowed in the reduced amount of $115,362.28, as a non-priority, unsecured claim.

/ / /

/ / /

3. Counsel for the Trust shall immediately serve a copy of this Order upon the claimant, and shall file a certificate of service.

DATED AND SIGNED ABOVE.