SO ORDERED.

Dated: April 4, 2023

_____
Eddward P. Ballinger Jr., Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| GPMI, CO., an Arizona corporation, | Case No. 2:22-bk-00150-EPB |
| EIN 86-0635770 | **ORDER SUSTAINING GPMI LITIGATION TRUST'S OBJECTION TO SCHEDULED CLAIM RE GOODFIBERS, LLC (NO PROOF OF CLAIM FILED)** |
| Reorganized Debtor. | |

THIS MATTER having come before the Court on *"GPMI Litigation Trust's Objection to Scheduled Claim re Goodfibers, LLC (No Proof of Claim Filed)"* ("Objection") (Dkt. 570); counsel for the GPMI Litigation Trust ("Trust") having certified to the Court that proper notice of the Objection was given and that following the 21-day objection period, neither the claimant nor other parties in interest filed or served responses to the Objection; and for good cause appearing,

IT IS HEREBY ORDERED:

1. The Objection is sustained.

2. The scheduled claim is hereby disallowed in its entirety.

3. Counsel for the Trust shall immediately serve a copy of this Order upon the claimant, and shall file a certificate of service.

DATED AND SIGNED ABOVE.