**SO ORDERED.**

**Dated: April 4, 2023**

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GPMI, CO., an Arizona corporation,<br><br>EIN 86-0635770<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 2:22-bk-00150-EPB<br><br>**ORDER SUSTAINING GPMI LITIGATION TRUST'S OBJECTION TO SCHEDULED CLAIM RE ARIZONA PALLET (NO PROOF OF CLAIM FILED)** |

THIS MATTER having come before the Court on *"GPMI Litigation Trust's Objection to Scheduled Claim re Arizona Pallet (No Proof of Claim Filed)"* ("Objection") (Dkt. 566); counsel for the GPMI Litigation Trust ("Trust") having certified to the Court that proper notice of the Objection was given and that following the 21-day objection period, neither the claimant nor other parties in interest filed or served responses to the Objection; and for good cause appearing,

IT IS HEREBY ORDERED:

1. The Objection is sustained.

2. The Claim of Arizona Pallet is hereby reduced to $14,850.00, and allowed as a non-priority, unsecured claim.

/ / /

/ / /

3. Counsel for the Trust shall immediately serve a copy of this Order upon the claimant, and shall file a certificate of service.

DATED AND SIGNED ABOVE.