SO ORDERED.

Dated: April 4, 2023

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GPMI, CO., an Arizona corporation,<br><br>EIN 86-0635770<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 2:22-bk-00150-EPB<br><br>**ORDER SUSTAINING GPMI LITIGATION TRUST'S FIRST OMNIBUS OBJECTION TO CLAIMS THAT HAVE BEEN RESOLVED AND/OR PAID** |

THIS MATTER having come before the Court on *"GPMI Litigation Trust's First Omnibus Objection to Claims that have been Resolved and/or Paid"* ("First Omnibus Objection") (Dkt. 550); counsel for the GPMI Litigation Trust ("Trust") having certified to the Court that proper notice of the First Omnibus Objection was given and that following the 21-day objection period, no claimants or other parties in interest filed or served responses to the First Omnibus Objection; and for good cause appearing,

IT IS HEREBY ORDERED:

1. The First Omnibus Objection is sustained.

2. The claims listed on Exhibit "A" hereto are disallowed in their entirety.

3. Counsel for the Trust shall immediately serve a copy of this Order upon all claimants listed on Exhibit "A" hereto, and shall file a certificate of service.

DATED AND SIGNED ABOVE.

EXHIBIT "A"

FIRST OMNIBUS OBJECTION TO CLAIMS – ALPHABETICAL LIST OF CLAIMS

| CLAIM NO. | CLAIMANT | TYPE | AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| N/A - Scheduled | Factors Southwest, L.L.C. 4530 E. Shea Blvd., Ste. 142 Phoenix, AZ 85028 | Secured | $969,174.00 | Paid in full. |
| 7 | Highland Capital Corp. 1 Passaic Avenue Fairfield, NJ 07004 | Secured | $95,158.00 | Cured and contract assumed. |
| 23 | HYG Financial Services, Inc. c/o Wells Fargo Vendor Financial Services Attn: Lisa Boddicker 1010 Thomas Edison Blvd., SW Cedar Rapids, IA 52404 | Secured | $26,765.49 | Cured and contract assumed. |
| 35 | LEAF Capital Funding, LLC c/o Legal Department 2005 Market Street, 14th Floor Philadelphia, PA 19103 | Secured | $118,451.31 | Cured and contract assumed. |
| 36 | LEAF Capital Funding, LLC c/o Legal Department 2005 Market Street, 14th Floor Philadelphia, PA 19103 | Secured | $110,446.00 | Cured and contract assumed. |
| 54 | ULF Gilbert Spectrum One, LLC c/o Michelle E. Shriro Singer & Levick, P.C. 16200 Addison Rd., Ste. 140 Addison, TX 75001 | Unsecured | $262,623.41 | Cured and contract assumed. |