SO ORDERED.

Dated: April 4, 2023

Eddward P. Ballinger Jr., Chief Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GPMI, CO., an Arizona corporation,<br><br>EIN 86-0635770<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 2:22-bk-00150-EPB<br><br>**ORDER SUSTAINING GPMI LITIGATION TRUST'S OBJECTION TO CLAIM NO. 15 FILED BY HANGZHOU BONYEE DAILY NECESSITY TECHNOLOGY CO. LTD.** |

THIS MATTER having come before the Court on *"GPMI Litigation Trust's Objection to Claim No. 15 Filed by Hangzhou Bonyee Daily Necessity Technology Co. Ltd.* ("Objection") (Dkt. 554); counsel for the GPMI Litigation Trust ("Trust") having certified to the Court that proper notice of the Objection was given and that following the 21-day objection period, neither the claimant nor other parties in interest filed or served responses to the Objection; and for good cause appearing,

IT IS HEREBY ORDERED:

1. The Objection is sustained.

2. Claim No. 15 filed by Hangzhou Bonyee Daily Necessity Technology Co. Ltd. is hereby reduced to the amount of $154,107.85, and allowed as an unsecured, non-priority claim.

/ / /

/ / /

3. Counsel for the Trust shall immediately serve a copy of this Order upon the claimant, and shall file a certificate of service.

DATED AND SIGNED ABOVE.