# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| GPMI, CO., an Arizona corporation, | Case No. 2:22-bk-00150-EPB |
| EIN 86-0635770 | **ORDER SUSTAINING GPMI LITIGATION TRUST'S OBJECTION TO CLAIM NO. 43 FILED BY C.H. ROBINSON WORLDWIDE, INC.** |
| Reorganized Debtor. | |

THIS MATTER having come before the Court on *"GPMI Litigation Trust's Objection to Claim No. 43 Filed by C.H. Robinson Worldwide, Inc.* ("Objection") (Dkt. 560); counsel for the GPMI Litigation Trust ("Trust") having certified to the Court that proper notice of the Objection was given and that following the 21-day objection period, neither the claimant nor other parties in interest filed or served responses to the Objection; and for good cause appearing,

IT IS HEREBY ORDERED:

1. The Objection is sustained.

2. Claim No. 43 filed by C.H. Robinson Worldwide, Inc. is hereby reduced to the amount of $198,590.63, and allowed as an unsecured, non-priority claim.

3. Counsel for the Trust shall immediately serve a copy of this Order upon the claimant, and shall file a certificate of service.

DATED AND SIGNED ABOVE.