# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| GPMI, CO., an Arizona corporation, | Case No. 2:22-bk-00150-EPB |
| EIN 86-0635770 | **ORDER SUSTAINING GPMI LITIGATION TRUST'S OBJECTION TO CLAIM NOS. 46 AND 47 FILED BY WIST SUPPLY & EQUIPMENT CO.** |
| Reorganized Debtor. | |

THIS MATTER having come before the Court on *"GPMI Litigation Trust's Objection to Claim Nos. 46 and 47 Filed by Wist Supply & Equipment Co.* ("Objection") (Dkt. 564); counsel for the GPMI Litigation Trust ("Trust") having certified to the Court that proper notice of the Objection was given and that following the 21-day objection period, neither the claimant nor other parties in interest filed or served responses to the Objection; and for good cause appearing,

IT IS HEREBY ORDERED:

1. The Objection is sustained.

2. Claim No. 46 filed by Wist Supply & Equipment Co. ("Wist") is hereby reduced to the amount of $15,000.00, and allowed as a secured claim to be paid under the Reorganized Debtor's confirmed Plan of Reorganization ("Plan").

3. Claim No. 47 filed by Wist is hereby adjusted to the amount of $44,449.62, and allowed as a non-priority, unsecured claim, consistent with the treatment set forth in Class 2C of the Plan.

4. Counsel for the Trust shall immediately serve a copy of this Order upon the claimant, and shall file a certificate of service.

DATED AND SIGNED ABOVE.