SO ORDERED.

Dated: July 18, 2023

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GPMI, CO., an Arizona corporation,<br><br>EIN 86-0635770<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 2:22-bk-00150-EPB<br><br>**ORDER APPROVING STIPULATION COMPROMISING CLAIM NO. 45** |

THIS MATTER came before the Court on the *Stipulation Compromising Claim No. 45* ("Stipulation") executed by GPMI Litigation Trust (the "Trust"), and Scandia Plastics, LLC a/k/a West Bend Packaging d/b/a Comar. THE COURT, having considered the Stipulation, and for good cause shown, **IT IS HEREBY ORDERED:**

1. The Stipulation is approved.

2. Claim No. 45, as compromised pursuant to the Stipulation, is approved and allowed as a general, unsecured claim in the amount of $2,000,000.00.

3. Counsel for the Trust shall serve this Order upon all interested parties and file a certificate of service.

**DATED AND SIGNED ABOVE.**