# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

GPMI, CO., an Arizona corporation,

EIN 86-0635770

Debtor.

Chapter 11

Case No. 2:22-bk-00150-EPB

**ORDER GRANTING STIPULATION TO ALLOW ADMINISTRATIVE CLAIM AND GENERAL UNSECURED CLAIM OF EASTERN SHIPPING WORLDWIDE, INC.**

THE COURT, having considered the *Stipulation to Allow Administrative Claim And General Unsecured Claim of Eastern Shipping Worldwide, Inc.* ("**Stipulation**") filed by GPMI Litigation Trust ("**Trust**") and Eastern Shipping Worldwide, Inc. ("**Eastern**"), and for good cause, HEREBY ORDERS:

1. The Stipulation is approved.

2. Eastern has an allowed general unsecured, non-priority claim in the amount of $1,756,671.89 payable pursuant to the terms of the Confirmation Order [Dkt. 417] and Second Amended Plan of Reorganization [Dkt. 340] for Class 8 General Unsecured Claims.

3. Eastern has an allowed administrative claim in the amount of $129,013.18 (the "**Administrative Claim**"), payable as follows:

   a. a lump sum payment of $42,500.00, due within five (5) business days of the Court's entry of the order lodged herewith granting this Stipulation;

L5429\453824\273628198

b. as to the remaining portion of Eastern's Administrative Claim, totaling $86,513.18, Eastern shall be entitled to collect payment in full of up to $86,513.18 from the Trust subject to the terms of the GPMI Litigation Trust Agreement filed with the Court at Dkt. 366, except, however, that the remaining portion of Eastern's Administrative Claim, totaling $86,513.18, shall be entitled to, and paid as, a priority payment in full before any pro rata distributions are made to Class 8 General Unsecured Claims.

4. Counsel for the Trust shall serve a copy of this Order upon Eastern Shipping Worldwide, Inc., and shall file a certificate of service.

**DATED AND SIGNED ABOVE.**

2